UNITED STATES COURT OF APPEALS

Filed 5/9/96                                TENTH CIRCUIT

TRACEY FARIA,                          )
                                       )
        Plaintiff-Appellant,           )
                                       )
vs.                                    )                No. 95-1368
                                       )           (D.C. No. 94-S-759)
HEWLETT-PACKARD COMPANY,               )                (D. Colo.)
                                       )
        Defendant-Appellee.            )

ORDER and JUDGMENT[*]

Before ANDERSON, BALDOCK, and HENRY, Circuit Judges.[**]

Plaintiff Tracy Faria worked for Defendant Hewlett-Packard Company for twelve

years before Defendant terminated her in June 1993. Following her termination, Plaintiff

brought suit in the district court, alleging that Defendant: (1) violated the Americans with

Disabilities Act, 42 U.S.C. §§ 12101-12213; (2) breached an implied contract with

Plaintiff; and (3) violated Colo. Rev. Stat. Ann. § 8-2-104. The district court thoroughly

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

[**] After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. The case therefore is ordered submitted without oral argument.

analyzed and rejected each of Plaintiff's claims and granted Defendant's motion for summary judgment. We have reviewed the parties' briefs, the district court's order, and the entire record on appeal. Based on our review of the record, we AFFIRM for substantially the same reasons set forth in the district court's order.

AFFIRMED.

Entered for the Court,


Bobby R. Baldock
United States Circuit Judge